[No. 66833-1-I.   Division One.   December 3, 2012.]

*In the Matter of the Parenting and Support of* BRITTON LAWRENCE HARPER GIBSON.

MARIE-CLAIRE HARPER PAGH, *Respondent*, v. WILLARD GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-00907-1, James A. Doerty, J., entered February 15, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 66852-8-I.   Division One.   December 3, 2012.]

THE CITY OF SEATTLE, *Respondent*, ROBERT D. DAVIS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-04927-2, Suzanne M. Barnett, J., entered March 11, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Lau, J. Now published at 174 Wn. App. 240.

[No. 67045-0-I.   Division One.   December 3, 2012.]

SCHOLTEN ROOF ENTERPRISES, INC., *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-02027-2, Ira Uhrig, J., entered April 12, 2011. *Reversed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Cox, J.

[No. 67356-4-I.   Division One.   December 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY ALBERT SCHREIB, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-1-00784-6, Michael E. Rickert, J., entered June 15, 2011. *Remanded* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Dwyer, J.